IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDY CRUZ,<br><br>Defendant. | **Case No.:** CR 23–MJ-71527- MAG<br><br>**ORDER RE: ORDER FOR RELEASE FROM FEDERAL CUSTODY**<br><br>**Court:**    Courtroom G, 15th Floor |

Based on The Honorable Lisa J. Cisneros' Order, dated November 6, 2023, releasing Defendant Andy Cruz from Federal Custody on November 7, 2023, placing him under the supervision of United States Pretrial Services, and Ordering Mr. Cruz to report to Pretrial Services no later than 9:30 a.m. on November 7, 2023,

It is HEREBY ORDERED that defendant Andy Cruz be released from the custody of the Alameda County Sheriff's Department, Santa Rita Jail no later than 8:00 a.m. on November 7, 2023

**IT IS SO ORDERED**.

11/06/2023
Dated

LISA J. CISNEROS
United States Magistrate Judge

ORDER FOR RELEASE
*CRUZ*, CR 23–MJ-71527- MAG